## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**WILLIAM W. MUELLER, ET AL.**

**VERSUS**

**ALLSTATE INSURANCE COMPANY, ET AL.**

**CIVIL ACTION**

**NO. 23-587-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 13, 2023 (Doc. 21), to no objection was filed;

**IT IS ORDERED** that Plaintiffs' Motion for Remand and Request for the Imposition of Fees and Costs (Doc. 8) is **DENIED**, and that Jennifer Champagne is DISMISSED WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana, on <u>November 29, 2023</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**